# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF MISSISSIPPI
# SOUTHERN DIVISION

CHARLES HEALEY AND MARY HEALEY                                    PLAINTIFFS

V.                                          CIVIL ACTION NO. 1:08CV70LTS-RHW

USAA CASUALTY INSURANCE COMPANY
AND JOHN DOES 1-10                                                DEFENDANTS

## JUDGMENT OF DISMISSAL WITHOUT PREJUDICE

This cause comes before the Court *sua sponte*, pursuant to an [7] Order of Severance, and the Court finds it appropriate that this action should be dismissed, without prejudice.

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that this action be, and it is hereby dismissed without prejudice with each party to bear its own costs.

**SO ORDERED AND ADJUDGED** this the 15th of January, 2009.

s/ L. T. Senter, Jr.

L. T. SENTER, JR.

SENIOR JUDGE